UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
:
:
UNITED STATES OF AMERICA : 11 Cr. 340 (ERK)
:
v. :
: **NOTICE OF APPEARANCE**
MOUSA KHOULI, *et al.,* : **AS COUNSEL FOR DEFENDANT**
: **SALEM ALSHDAIFAT**
Defendants. :
:
----------------------------------------------------------------- x

Undersigned counsel, Henry E. Mazurek, hereby notices his appearance as lead counsel of record for defendant Salem Alshdaifat in the above-captioned matter. Counsel respectfully requests to be noticed electronically on all case filings in this matter.

Dated: July 22, 2011　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　Henry E. Mazurek, Esq.

　　　　　　　　　　　　　　　　CLAYMAN & ROSENBERG LLP
　　　　　　　　　　　　　　　　305 Madison Avenue, Suite 1301
　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　(212) 922-1080
　　　　　　　　　　　　　　　　(212) 949-8255 (fax)
　　　　　　　　　　　　　　　　mazurek@clayro.com