**Clayman & Rosenberg** LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255
www.clayro.com

Henry E. Mazurek
Counsel
mazurek@clayro.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 29 2011 ★

BROOKLYN OFFICE

July 26, 2011

By ECF

Hon. Edward R. Korman
United States District Court
Eastern District of New York
U.S. Courthouse, Room 918
225 Cadman Plaza East
Brooklyn, New York 11201

So ordered.

s/Edward R. Korman

USDJ  7/28/11

Re: *United States v. Khouli, et al., (Salem Alshdaifat)* 11 Cr. 340 (ERK)

Dear Judge Korman:

I write on behalf of defendant Salem Alshdaifat in the above-referenced case to request a bail modification on consent.

Mr. Alshdaifat's bail was set by Judge Gleeson in this District on July 19, 2011. There were a number of bail conditions imposed on Mr. Alshdaifat including home detention and electronic monitoring. Additional bail conditions were entered pursuant to a stipulation by the parties and filed in the Eastern District of Michigan, where Mr. Alshdaifat was arrested and where he currently resides. *See United States v. Alshdaifat*, 11-mj-30365 (JU) (E.D. Mich. July 19, 2011) (Doc. No. 14). One of these conditions governed Mr. Alshdaifat's travel for legal visits and court appearances, stating:

> The United States of America and the Defendant SALEM ALSHDAIFAT agree that Defendant will surrender all personal driver's licenses to the Pretrial Services Agency. Defendant's personal driver's licenses shall be held by the Pretrial Services Agency and will be provided to Defendant for purposes of approved travel to and from the Eastern District of Michigan and the Southern and Eastern Districts of New York.

(*Id.*) It is this condition that Mr. Alshdaifat now seeks to modify.

Mr. Alshdaifat's Michigan driver's license was seized by the government at the time of his arrest. However, the jail where Mr. Alshdaifat was initially detained apparently has misplaced the license and cannot locate it. Mr. Alshdaifat has no other driver's licenses in his