UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**

IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ **JUL 25 2011** ★

**BROOKLYN OFFICE**

United States of America,

Plaintiff(s),

v.

Case No. 2:11–mj–30365–JU

Salem Alshdaifat,

Defendant(s).

11 CR 340 4RK

---

## NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E)
## OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO:  U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet.  The case record is electronic and can be viewed at our Court's Intranet website via the J-Net.

Please acknowledge receipt of this record by returning a time–stamped copy of this notice to:

Clerk's Office
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Blvd., 5th Floor
Detroit, MI
48226
(313) 234–5005

### Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Worth
Deputy Clerk

Dated:  July 21, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff(s),

v.                                              Case No. 2:11−mj−30365−JU

Salem Alshdaifat,

Defendant(s).

---

## NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E)
## OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO:  U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

   Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet.  The case record is electronic and can be viewed at our Court's Intranet website via the J−Net.

   Please acknowledge receipt of this record by returning a time−stamped copy of this notice to:

> Clerk's Office
> U.S. District Court for the Eastern District of Michigan
> 231 W. Lafayette Blvd., 5th Floor
> Detroit, MI
> 48226
> (313) 234−5005

### Certification

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Worth
Deputy Clerk

Dated:  July 21, 2011

CM/ECF - U.S. District Court:mied

CLOSED

## U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:11-mj-30365-JU All Defendants
## Internal Use Only

Case title: United States of America v. Alshdaifat
Other court case number: CR 11 340 USDC - Eastern
District of New York

Date Filed: 07/13/2011
Date Terminated: 07/20/2011

Assigned to: Honorable Unassigned

**Defendant (1)**

**Salem Alshdaifat**
*TERMINATED: 07/20/2011*

represented by **Christopher A. Andreoff**
Jaffe, Raitt,
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8214
248-351-3000
Email: candreoff@jafferaitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

Rule 5(c)(3) from Eastern New York

**Disposition**  I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _Durene World_
Deputy Clerk
**Disposition** Dated
7-21-11

**Disposition**

COMMITMENT OF DEFENDANT
TO THE EASTERN DISTRICT OF
NEW YORK

**Plaintiff**

**United States of America**                    represented by    **Sara D. Woodward**
United States Attorney's Office, Eastern
District of Mi
General Crimes
211 W. Fort
Ste 2001
Detroit, MI 48226
(313) 226-9180
Fax: 313-226-2372
Email: sara.woodward@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2011 | 🌐 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Salem Alshdaifat (1). (MLan) (Entered: 07/14/2011) |
| 07/13/2011 | 🌐 | Minute Entry for proceedings held before Magistrate Judge R. Steven Whalen: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Salem Alshdaifat held on 7/13/2011. **Detention Hearing and Removal Hearing set for 7/14/2011 01:00 PM** (Tape #: RSW 7/13/11) (Defendant Attorney: Christopher Andreoff) (AUSA: Sara Woodward) (MLan) (Entered: 07/14/2011) |
| 07/13/2011 | 🌐 2 | NOTICE OF ATTORNEY APPEARANCE: Christopher A. Andreoff appearing for Salem Alshdaifat. (DWor) (Entered: 07/15/2011) |
| 07/13/2011 | 🌐 3 | ORDER scheduling a Detention Hearing as to Salem Alshdaifat. Signed by Magistrate Judge R. Steven Whalen. (DWor) (Entered: 07/15/2011) |
| 07/14/2011 | 🌐 | Minute Entry for proceedings held before Magistrate Judge R. Steven Whalen: Removal Hearing not held on 7/14/2011. Disposition: Defendant waives removal hearing. (Tape #: RSW 7/14/11) (Defendant Attorney: Christopher Andreoff) (AUSA: Sara Woodward) (MLan) (Entered: 07/15/2011) |
| 07/14/2011 | 🌐 | Minute Entry for proceedings held before Magistrate Judge R. Steven Whalen: Detention Hearing as to Salem Alshdaifat held on 7/14/2011 and **(Continued to 7/15/2011 01:00 PM)** (Tape #: RSW 7/14/11) (Defendant Attorney: Christopher Andreoff) (AUSA: Sara Woodward) (MLan) (Entered: 07/15/2011) |
| 07/14/2011 | 🌐 11 | WAIVER of Rule 5 Hearings by Salem Alshdaifat. (DWor) (Entered: 07/18/2011) |
| 07/15/2011 | 🌐 4 | SUPPLEMENTAL BRIEF re 3 Order by United States of America as to Salem Alshdaifat (Attachments: # 1 Exhibit A -- Canadian Charter of Rights and Freedoms, # 2 Exhibit Immigration and Refugee Protection Act, # 3 Exhibit July 14 ICE Press Release) (Woodward, Sara) (Entered: |

| | | 07/15/2011) |
|---|---|---|
| 07/15/2011 | 5 | SUPPLEMENTAL BRIEF re 3 Order by Salem Alshdaifat (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - CBSA website posting, # 3 Exhibit 2 - CPIC overview, # 4 Exhibit 3 - CBSA confirmation, # 5 Exhibit 4 - U.S. Customs-Border Protection Manual excerpt, # 6 Exhibit 5 - Docket Sheet/Complaint (New York case), # 7 Exhibit 6 - Release Order, # 8 Exhibit 7 - Release Order) (Andreoff, Christopher) (Entered: 07/15/2011) |
| 07/15/2011 | | Minute Entry for proceedings held before Magistrate Judge R. Steven Whalen: Detention Hearing as to Salem Alshdaifat held on 7/15/2011 Disposition: Bond set in the amount of $100,000 unsecured. Bond stayed until 7/18/2011 at 5:00 p.m. pending appeal to U.S. District Court in the Eastern District of New York. (Tape #: RSW 7/15/11) (Defendant Attorney: Christopher Andreoff) (AUSA: Sara Woodward) (MLan) (Entered: 07/15/2011) |
| 07/15/2011 | 8 | ORDER Setting Conditions of Release as to Salem Alshdaifat. Signed by Magistrate Judge R. Steven Whalen. (DWor) (Entered: 07/18/2011) |
| 07/15/2011 | 9 | Bond as to Salem Alshdaifat in the amount of $100,000.00 Unsecured entered. (DWor) (Entered: 07/18/2011) |
| 07/15/2011 | 10 | AGREEMENT to Assume Custody of the Defendant as to Salem Alshdaifat. (DWor) (Entered: 07/18/2011) |
| 07/18/2011 | 6 | TRANSCRIPT of Detention Hearing held on 07/14/2011 as to Salem Alshdaifat. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 56) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/8/2011. Redacted Transcript Deadline set for 8/18/2011. Release of Transcript Restriction set for 10/17/2011. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 07/18/2011) |
| 07/18/2011 | 7 | TRANSCRIPT of Detention Hearing - Conclusion held on 07/15/2011 as to Salem Alshdaifat. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 34) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/8/2011. Redacted Transcript Deadline set for 8/18/2011. Release of Transcript Restriction set for 10/17/2011. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 07/18/2011) |
| 07/18/2011 | 12 | NOTICE transferring case to *EASTERN DISTRICT OF NEW YORK* as to Salem Alshdaifat. (DWor) (Entered: 07/18/2011) |

| 07/18/2011 | 13 | STIPULATION AND ORDER as to Salem Alshdaifat, staying 8 Order Setting Conditions of Release until 7/20/2011 at 5:00 p.m. or until notice by Court in New York that supplemental conditions have been satisfied. Signed by Magistrate Judge R. Steven Whalen. (MLan) (Entered: 07/18/2011) |
|---|---|---|
| 07/19/2011 | 14 | STIPULATION re 8 Order Setting Conditions of Release by United States of America, Salem Alshdaifat as to Salem Alshdaifat. (Attachments: # 1 Exhibit) (Woodward, Sara) (Entered: 07/19/2011) |
| 07/20/2011 | 15 | ORDER allowing the posting of real property to secure bond as to Salem Alshdaifat. Signed by District Judge Stephen J. Murphy, III. (DWor) (Entered: 07/21/2011) |
| 07/20/2011 | 16 | AGREEMENT to Forfeit Property as to Salem Alshdaifat. (DWor) (Entered: 07/21/2011) |
| 07/20/2011 | 17 | AGREEMENT to assume custody of the defendant as to Salem Alshdaifat. (DWor) (Entered: 07/21/2011) |
| 07/20/2011 | 18 | AGREEMENT to assume custody of the defendant as to Salem Alshdaifat. (DWor) (Entered: 07/21/2011) |
| 07/20/2011 | 19 | AFFIDAVIT by Salem Alshdaifat. (DWor) (Entered: 07/21/2011) |
| 07/20/2011 | 20 | ORDER holding Defendant to appear in Eastern District of New York, as to Salem Alshdaifat. Signed by District Judge Stephen J. Murphy, III. (DWor) (Entered: 07/21/2011) |
| 07/20/2011 | 21 | NOTICE transferring case to *EASTERN DISTRICT OF NEW YORK* as to Salem Alshdaifat. (DWor) (Entered: 07/21/2011) |

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,                    CRIMINAL NO. 11-30365

      Plaintiff,                            Original District No.11-340

v.

                              F I L E D

**SALEM ALSHDAIFAT,**                          JUL 2 0 2011

      Defendant.                         CLERK'S OFFICE
                            /    U.S. DISTRICT COURT
                                 EASTERN MICHIGAN

## <u>ORDER TRANSFERRING DEFENDANT TO ANSWER<br>TO CHARGES PENDING IN ANOTHER DISTRICT</u>

This matter coming before the Court on the Government's Petition for Removal,

for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal

Rules of Criminal Procedure, it is hereby ordered that defendant **<u>SALEM ALSHDAIFAT</u>**

**<u>be transferred to the Eastern District of New York for further proceedings in the</u>**

**<u>case of United States v. Salem Alshdaifat.</u>** Defendant, who has been ordered

released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.),

shall appear at the following location at the following time: **<u>United States District Court</u>**

**<u>located at 225 Cadman Plaza East, Brooklyn, NY 11201, on August 19 at 11:00</u>**

**<u>a.m.</u>**

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _Durene Wood_
             Deputy Clerk
Dated _7-21-11_

-1-

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of bond jumping or contempt of court. *See* 18 U.S.C. Sections 3146, 3148.

HONORABLE

Dated: