

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F.#2009R00637

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

September 1, 2011

By Fax and ECF

Henry Mazurek, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 1301
New York, New York 10165

> Re:  United States v. Mousa Khouli, et al.
>      Criminal Docket No. 11-340 (ERK)

Dear Mr. Mazurek:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby furnishes the following additional discovery with respect to the above-referenced case. This letter supplements the discovery letters of August 11, 2011 and August 12, 2011.  The government reiterates its request for reciprocal discovery.

The Defendants' Statements

Enclosed please find redacted reports of statements made by your client to law enforcement agents on December 22, 2010 and July 13, 2011.  These documents bears Bates numbers SA 0000001-12.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/ Karin K. Orenstein
Karin K. Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosures

cc: Clerk of Court (ERK) (w/o enclosures)