## UNITED STATES PRETRIAL SERVICES AGENCY
## EASTERN DISTRICT OF NEW YORK

### ADDENDUM
To the Pretrial Services Report Dated

July 14, 2011

RE: Alshdaifat, Salem

Case/Docket No.: 1:11-CR-340

Reference is made to the above-captioned defendant, who is scheduled to appear before Your Honor on August 18, 2011, for an initial appearance pursuant to an indictment charging Conspiracy to Smuggle Goods, in violation of 18 U.S.C. 371. The defendant made an initial appearance in the Eastern District of Michigan on July 13, 2011, pursuant to the aforementioned charges originating in the Eastern District of New York. The defendant was ordered detained pending an appeal of the bond set by the Eastern District of Michigan. On July 19, 2011 the Honorable John Gleeson in the Eastern District of New York upheld the bond issued in the Eastern District of Michigan adding several additional conditions. The defendant was released July 19, 2011 on a $500,000 bond secured by property and the signatures of three sureties with the following conditions:

Pretrial Services supervision; surrender passports, children's passports, travel documents, and drivers licenses to Pretrial Services (drivers license to be returned for purposes of traveling to the Eastern District of New York for court); travel restricted to the Eastern Districts of New York and Michigan; refrain from possessing or use of unlawful narcotics; substance abuse testing and/or treatment as deemed necessary by Pretrial Services; defendant's home to be taken off the real estate market with verification given to Pretrial Services; reside at the address provided to Pretrial Services; home confinement with electronic monitoring with permitted leave for medical visits, legal appointments, and religious services with advance notice to Pretrial Services; and the defendant knowingly waives his rights under the Canadian Extradition Act and consents to extradition from Canada should it be necessary.

Pretrial Services in the Eastern District of Michigan has been contacted and does not report any bond compliance issues, therefore it is respectfully recommended that the existing bond conditions remain in place.

Prepared by:

_____
Ryan Lehr

Approved by:

_____
Patrick Mancini

Pretrial Services Officer								Supervising U.S. Pretrial Services Officer

Date Prepared:   August 18, 2011

PS3 (12/05)                                        Salem Ibrahim Alshdaifat/0645 2:11CR30365-

CONFIDENTIAL

**NOT TO BE READ BY AGENTS:** This report is provided for the purpose of **BAIL REPORT DETERMINATION ONLY** and shall otherwise be confidential pursuant to: 18 USC 3153(c)(1).

## FOR COURTROOM USE ONLY
## RETURN TO PRETRIAL SERVICES OFFICER IMMEDIATELY AFTER HEARING
## MUST NOT BE TAKEN OUT OF COURTROOM

### PRETRIAL SERVICES REPORT

| District/Office | Charge(s)(Title, Section and Description) |
|---|---|
| Eastern District Of Michigan/Unassigned | |
| **Judicial Officer** | Title 18 U.S.C. § 317 - Conspiracy to Smuggle Goods (Rule 5 out of New York) |
| Honorable R. Steven Whalen | |
| **Docket Number (Year - Sequence No. - Def. No.)** | |
| 0645 2:11CR30365- | |

### DEFENDANT

| Name | | Employer | |
|---|---|---|---|
| Alshdaifat, Salem Ibrahim | | Holy Land Numismatics | |
| **Address** | | **Employer Address** | |
| 5100 Deer Run Circle | | Not Available | |
| Orchard Lake, MI 48323 | | **Monthly Income** | **Time with Employer** |
| 9248) 233-6262 | | Not Available | 5.1 Year(s) |
| **At Address Since** | **Time in Community** | | |
| June 2009 | 2 Years | | |

### INTRODUCTION:
Oral Report Given on July 13, 2011

### DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

The defendant reported, and his wife, Vincenza Alshdaifat confirmed, that he is a 37 year old male who is a native of Jordan. The defendant advised that he relocated to Canada in 2004. He reported, and his wife confirmed, that he has dual citizenship in Jordan and Canada. This officer also confirmed via Immigration and Customs Enforcement records that the defendant is legally residing in the United States as a permanent resident and may live and work in the United States (green card). His wife also confirmed that they have resided at the above noted address with their four (4) children for the past two (2) years. If released on bond, the accused will continue to reside at the noted address. Prior to residing in Orchard Lake, Michigan, the accused advised that he resided in Windsor, Ontario, Canada from 2004 to 2009. The defendant's wife verified his family ties noting that his parents and six (6) siblings reside in Jordan; two (2) siblings reside in Australia; and one (1) sibling resides in the United States. The accused reported that he maintains contact with the noted family members. He reported that he travels to Jordan approximately three (3) times per year and has traveled to Israel approximately three (3) times in the past five (5) years. Mr. Afshdaifat reported that he has a Jordanian passport and a Canadian passport. The case agents confirmed that they have confiscated the defendant's passports.

### EMPLOYMENT HISTORY/FINANCIAL RESOURCES:

The accused reported, and his wife confirmed, that he is self-employed as a coin dealer (buys and sells ancient coins). The defendant advised that he has been working in this capacity since 2006.

PS3 (12/05)                                                                    Salem Ibrahim Alshdaifat/0645 2:11CR30365-

**Finances:**

At the advise of counsel, the accused declined to provide any financial information.

The defendant has retained counsel.

### HEALTH:

**Physical Health Status:**
The defendant reported, and his wife confirmed, that he suffers from knee problems and from migraine headaches. The accused advised that he is taking medication for pain, but he could not recall the name of the medication.

**Mental Health / Substance Abuse:**
The defendant reported, and his wife confirmed, that he has no history of mental health issues, substance abuse, or alcohol abuse. After being advised of his rights, and at the advice of counsel, the accused declined to submit to drug testing.

### PRIOR RECORD:

An NCIC/LEIN inquiry, as well as queries of the Michigan Department of Corrections, the Third Circuit Court records, and a Canadian query, revealed no prior criminal history.

### ASSESSMENT OF NONAPPEARANCE:

The defendant reportedly travels outside of the United States frequently. He has relatives in Jordan. He has dual citizenship in Canada and Jordan and is a permanent resident of the United States. Risk of non-appearance is of some concern due to his travels, however, Pretrial Services believes there are conditions that can be set to assure his appearance for future court proceedings.

### ASSESSMENT OF DANGER:

Pretrial Services has not received any information that would suggest that this defendant would be a danger to the community.

### RECOMMENDATION:

Pretrial Services recommends a $50,000 Unsecured bond with the following conditions: report as directed to Pretrial Services, surrender all passports and do not obtain another while this matter is pending, restrict travel to the continental United States, provide an itinerary when traveling for employment purposes, and report to the Eastern District of New York when directed.

| PS3 (12/05) | | Salem Ibrahim Alshdaifat/0645 2:11CR30365- |
|---|---|---|
| Pretrial Services Officer<br>Linda Anderson | Date<br>07/14/2011 | Time<br>08:23 AM |
| Reviewed by: | | |