

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. #2009R00637                    *271 Cadman Plaza East*
                                  *Brooklyn, New York 11201*

                                  October 17, 2011

**By Federal Express and ECF**

Mr. Henry Mazurek, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 1301
New York, New York 10165
(212) 922-1080

            Re:  United States v. Salem Alshdaifat
                 Criminal Docket No. 11-340 (ERK)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby produces discovery with respect to the above-captioned case.  This letter supplements the government's previous discovery letters.  The government reiterates its request for reciprocal discovery.

        As noted in the government's discovery letter dated August 12, 2011, the government turned over, among other items, a compact disk labeled KHOULI 3638 containing e-mail records for the account "salim_iman@yahoo.com" (the "Salim account").  That compact disk contained the non-privileged material from that email account obtained pursuant to search warrants in 2010 and 2011.

        By the instant letter, the government hereby turns over two additional compact disks, labeled SA 13-14, containing all of the emails, both privileged and non-privileged, for the Salim account from the 2010 and 2011 search warrants received from the service provider, Yahoo.com.  The privileged emails contained on these disks were viewed solely by undersigned counsel and agents who are members of a taint team.  Apart from reviewing the Salim account for privilege, undersigned counsel is not otherwise involved in the prosecution of the above-captioned matter.

If you have any questions or requests, please do not hesitate to contact me.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

      By: _____/s/_____
           Licha M. Nyiendo
           Assistant U.S. Attorney
           (718) 254-6350

Enclosures

cc: Clerk of Court (ERK) (w/o enclosures)