

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. #2009R00637      *271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 2, 2011

**By Federal Express and ECF**

Mr. Henry Mazurek, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 1301
New York, New York 10165
(212) 922-1080

    Re:  United States v. Salem Alshdaifat
          Criminal Docket No. 11-340 (ERK)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby produces discovery with respect to the above-captioned case.  This letter supplements the government's previous discovery letters.  The government reiterates its request for reciprocal discovery.

    The government hereby turns over a compact disk containing documents deemed to be privileged seized pursuant to the court-authorized search of Alshdaifat's house located at 5100 Deer Run Circle, Orchard Lake, Michigan 48323.  The documents contained on the disk are labeled SA 15 - SA 267; the disk also has the same label.  The privileged documents contained on this disk were viewed solely by undersigned counsel and agents who are members of a taint team.  Apart from reviewing the documents for privilege, undersigned counsel is not otherwise involved in the prosecution of the above-captioned matter.  If you have any questions or requests, please do not hesitate to contact me.

                 Very truly yours,

                 LORETTA E. LYNCH
                 United States Attorney

         By:  _____/s/_____
                 Licha M. Nyiendo
                 Assistant U.S. Attorney
                 (718) 254-6350

Enclosure

cc: Clerk of Court (ERK) (w/o enclosure)