| DOCKET NUMBER: | CR-11-340 | CRIMINAL CAUSE FOR STATUS CONF | | |
|---|---|---|---|---|
| BEFORE JUDGE: | KORMAN | DATE: 11/17/2011 | TIME IN COURT ___ HRS 30 MINS | |

| DEFT: | MOUSA KHOULI | #1 | ATTY: | GERALD SHARGEL  Ross KRAMER |
|---|---|---|---|---|
| ___ pres. | ✓ not pres. ___ cust. X bail | | | RET. |
| DEFT: | SALEM ALSHDAIFAT | #2 | ATTY: | HENRY MAZUREK |
| ___ pres. | ✓ not pres. ___ cust. X bail | | | CJA  RET.  Federal Defender |
| DEFT: | JOSEPH A. LEWIS, II | #3 | ATTY: | BRIGET ROHDE // PETER CHAVKIN |
| ___ pres. | ✓ not pres. ___ cust. X bail | | | CJA  RET.  Federal Defender |

A.U.S.A.: KARIN ORENSTEIN // CLAIRE KEDESHIAN    Case Manager: PaulaMarie Susi
ESR ___Hone___    INTERPRETER: ___    LANGUAGE: ___

- ☐ Arraignment
- ☐ In Chambers Conference
- ☐ Initial Appearance
- ☐ Telephone Conference
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING ___
- ☑ Further Status Conference/hearing set for   1/27/12 @ 11am.
- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Pre Trial Conference
- ☑ Status Conference
- ☐ Motion Hearing Non Evidentiary

MOTIONS DUE ___    OPP BY ___    REPLY ___

DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
___ WAIVES TRIAL BEFORE DISTRICT COURT
___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. ___ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ **DEFT REQUESTS RETURN OF PROPERTY** ___ **ORDER FILED.**
___ SENTENCING SCHEDULED FOR: ___

## UTILITIES

- ☐ ~Util-Plea Entered
- ☐ ~Util-Exparte Matter
- ☐ ~Util-Set/Reset Deadlines
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings
- ☐ ~Util-Terminate Parties
- ☐ ~Util-Add terminate Attorneys
- ☐ ~Util-Indictment Un Sealed
- ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Terminate Motions
- ☐ ~Util-Set/Reset Hearings
- ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Information Unsealed

Speedy Trial Start: 11/17/11    Speedy Trial Stop: 1/27/12    CODE TYPE: XT
Do these minutes contain ruling(s) on motion(s)? ☐ YES ☐ NO
**TEXT**

D2 - motion to change venue to be filed 11/21; opp 12/12; reply if any 12/16; argument/mot on D2 only 12/23/11 @ 12pm.