# Clayman & Rosenberg LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255
www.clayro.com

Henry E. Mazurek
Counsel
mazurek@clayro.com

January 4, 2012

By ECF

Hon. Edward R. Korman
United States District Court
U.S. Courthouse, Room 918
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Khouli, et al. (Salem Alshdaifat)*, 11 Cr. 340 (ERK)

Dear Judge Korman:

I write on behalf of defendant Salem Alshdaifat in the above-referenced case to request a bail modification on consent.

Mr. Alshdaifat's bail was originally set be Judge Gleeson in this District, as Part 1 Judge, on July 19, 2011. It was confirmed by an Order of this Court at Mr. Alshdaifat's arraignment on August 18, 2011 (*see* ECF Dkt. No. 35). There were a number of conditions imposed on Mr. Alshdaifat's bail, including strict home detention and electronic monitoring. (*Id.*)

I have consulted with Assistant United States Attorney Karin Orenstein on behalf of the Government, and the parties have reached agreement on a proposed modification of the home detention bail condition. Specifically, the Government has no objection to removing the home detention condition on Mr. Alshdaifat's bail and imposing a night curfew in its place. The hours of this curfew will be set and supervised by United States Pretrial Services in the Eastern District of Michigan, where Mr. Alshdaifat resides and where he has been under supervision since being released on bail. This night curfew condition will be enforced through continued electronic monitoring. All other conditions of Mr. Alshdaifat's bail previously imposed will continue unchanged.

Thank you for your consideration of this matter.

Respectfully yours,

Henry E. Mazurek

cc: A.U.S.A. Karin Orenstein
U.S. Pretrial Services Offices Homero Hinojosa (E. D. Michigan)
U.S. Pretrial Services Officer Patrick Mancini (E.D.N.Y.)