

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F.#2009R00637

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

April 17, 2012

By FedEx and ECF

Henry Mazurek, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 1301
New York, New York 10165

Peter Chavkin, Esq.
Bridget M. Rohde, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017

    Re: United States v. Mousa Khouli, et al.
       Criminal Docket No. 11-340 (ERK)

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby produces discovery with respect to the above-captioned case.  This letter supplements the government's general discovery letters of August 11, 2011, August 12, 2011, October 4, 2011, December 5, 2011 and February 15, 2012 as well as discovery letters to individual counsel on additional dates as noted on the public docket.  The government reiterates its request for reciprocal discovery.

Documents

  Enclosed please find a copy of the entry summary (Form 7501) filed by Agra Services in connection with the shipment described in Count Seven of the Indictment.  This document bears Bates numbers KHOULI 18298 through 18299.

  In addition, please find enclosed a copy of United States Postal Service records concerning Emirates Post packages that were shipped via John F. Kennedy International Airport. These documents bear Bates numbers KHOULI 18300 through 18315. They pertain to the international mail packages described in Counts Four and Five of the Indictment.

   If you have any questions or further requests, please do not hesitate to contact me.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

        By: /s/ Karin K. Orenstein
           Karin K. Orenstein
           Assistant U.S. Attorney
           (718) 254-6188

Enclosures

cc: Clerk of Court (ERK) (w/o enclosures)