

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255
www.clayro.com

Henry E. Mazurek
Counsel
mazurek@clayro.com

April 23, 2012

By ECF

Hon. Edward R. Korman
United States District Court
U.S. Courthouse, Room 918
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Khouli, et al. (Salem Alshdaifat)*, **11 Cr. 340 (ERK)**

Dear Judge Korman:

I write on behalf of defendant Salem Alshdaifat in the above-referenced case to request a bail modification on consent.

Mr. Alshdaifat seeks to travel on a business trip to Chicago, Illinois from April 25-29, 2012, and all points in between. He intends to travel by car to a business conference in Chicago from his home in Michigan. Mr. Alshdaifat will provide his supervising Pretrial Services Officer with a full itinerary of the proposed travel.

I have consulted with Assistant United States Attorney Karin Orenstein, and on behalf of the Government, she has no objection to this travel request.

Thank you for your consideration of this matter.

Respectfully yours,

Henry E. Mazurek

cc: A.U.S.A. Karin Orenstein
U.S. Pretrial Services in E.D.Mi.