DOCKET NUMBER: 11-CR-340 (ERK)

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____
BEFORE JUDGE: Gold   DATE: 5/18   TIME: 10am
CRIMINAL CAUSE FOR Oral Argument   TIME IN COURT 2 HRS ___ MINS
DEFENDANT'S NAME: Salem Alsndaifar   DEFENDANTS # 2
- [ ] Present   [✓] Not Present   [ ] Custody   [ ] Not Custody
DEFENSE COUNSEL: Henry Mazurek
- [✓] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [✓] Retained

DEFENDANT'S NAME: Joseph Lewis   DEFENDANTS # 3
- [ ] Present   [✓] Not Present   [ ] Custody   [ ] Not Custody
DEFENSE COUNSEL: Bridget Rohde
- [✓] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [✓] Retained

DEFENDANT'S NAME: _____   DEFENDANTS # _____
- [ ] Present   [ ] Not Present   [ ] Custody   [ ] Not Custody
DEFENSE COUNSEL: _____
- [ ] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [ ] Retained

A.U.S.A.: Karin Orenstein   PRETRIAL/PROBATION OFFICER _____
CASE MANAGER OR MAGISTRATE CLERICAL _____
COURT REPORTER OR ESR OPERATOR Lisa Schmid   TAPE LOG _____
INTERPRETER: N/A   LANGUAGE: _____

**Select the Type of Hearing or Trial**   **CONTESTED** [ ]YES   [ ]NO

- [ ] Allocution Hearing
- [ ] Arraignment
- [ ] Attorney Appointment Hearing
- [ ] Bench Trial
- [ ] Bond Forfeiture Hearing
- [ ] Bond Hearing
- [ ] Bond Revocation Hearing
- [ ] Change of Plea Hearing
- [ ] Competency Hearing
- [ ] Curcio Hearing
- [ ] Daubert Hearing
- [ ] Detention Hearing
- [ ] Detention Hearing Material Witness
- [✓] Discovery Hearing
- [ ] Dispositional Hearing (Juvenile)
- [ ] Docket Call
- [ ] Evidentiary Hearing
- [ ] Extradition Hearing
- [ ] Fatico Hearing
- [ ] Forfeiture Hearing
- [ ] Detention Hearing
- [ ] Hearing Out-Of-Jury Presence
- [ ] In Camera Hearing
- [ ] In Chambers Conference
- [ ] Initial Appearance
- [ ] Initial Appearance-Material Witness
- [ ] Initial Appearance-Revocation Proceedings
- [ ] Initial Appearance-Rule 5(c)(3)
- [ ] Forfeiture Hearing
- [ ] Franks Hearing
- [ ] James Hearing
- [ ] Jury Selection
- [ ] Jury Trial
- [ ] Jury Trial-Death Penalty Phase
- [ ] Jury Trial-Sentence Enhancement Phase
- [ ] Markman Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Motion Hearing-Material Witness
- [ ] Motions No longer Referred
- [ ] Motions Referred Upon Consent to Magistrate Judge Disposition
- [ ] Nebbia Hearing
- [ ] Omnibus Hearing
- [ ] Plea Agreement Hearing
- [ ] Plea and Sentence
- [ ] Preliminary Examination
- [ ] Preliminary Revocation Hearing
- [ ] Pretrial Conference
- [ ] Pro Se (Faretta) Hearing
- [ ] Psychiatric Report Hearing
- [ ] Remand Hearing
- [ ] Revocation of Probation - Final Hearing
- [ ] Revocation of Supervised Release-Final Hearing
- [ ] Rule 44© Hearing
- [ ] Scheduling Conference
- [ ] Sentencing
- [ ] Show Cause Hearing
- [ ] Status Conference
- [ ] Suppression Hearing
- [ ] Telephone Conference
- [ ] Voir Dire
- [ ] Other (please specify) _____

**Select the action.**
[ ]Began   [ ]Held   [ ]Continued   [✓]Completed   [ ]Scheduled for

Date: _____ Time _____ FOR _____
Type of Hearing

**UTILITIES**

- [ ] ~Util-Add Terminate Attorneys
- [ ] ~Util-Bond-Set/Reset
- [ ] ~Util-Case Sealed
- [ ] ~Util-Case Unsealed
- [ ] ~Util-Counts To Be Tried Separately
- [ ] ~Util-Defendant Severed From Co-Defendants
- [ ] ~Util-Document Sealed
- [ ] ~Util-Document Unsealed
- [ ] ~Util-Exparte Matter
- [ ] ~Util-Indictment Unsealed
- [ ] ~Util-Information Unsealed
- [ ] ~Util-Interpreter Appointed
- [ ] ~Util-Plea Entered
- [ ] ~Util-Set/Reset Deadlines
- [ ] ~Util-Set/Reset Deadlines/Hearings
- [ ] ~Util-Set/Reset Hearings
- [ ] ~Util-Set/Reset Motion & R&R Deadlines/Headlines
- [ ] ~Util-Terminate Motions
- [ ] ~Util-Terminate Partiest

**Period of Excludable Delay/ Speedy Trial Start:** _____
**Period of Excludable Delay/ Speedy Trial Stop:** _____

**CODE TYPE**: Please Circle

- XA- Competency/Capacity Exam
- XC- Trial on Other Charges
- XD- Interlocutory Appeal
- XE- Pretrial Motions
- XF- Transfer Proceedings
- XG- Motion under Advisement
- XH- Miscellaneous Proceedings
- XI- Prosecution deferred
- XJ- Transportation from Other District
- XK- Proposed Plea Agreement
- XM- Unavailable Witness/Defendant
- XN- Incompetency
- XP- Superseding Indictment/charges
- XR- Awaiting Trial of Co-Defendant
- XT- Interest of Justice
- XU- Withdrawal of Guilty Plea
- XW- Grand Jury Indictment Tim extension

**DOCKET CLERK SHALL ENTER UTILITY EVENT** *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain rulings(s) on motion(s)?** [✓] YES    [ ] NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

Motion for Bill of Particulars, Docket No. 72

**TYPES OF DECISIONS**

- [ ] Adopting Report & Recommendation as to
- [ ] Adopting in Part on Report & Recommendation as to
- [ ] Deferring Ruling on
- [ ] Denying
- [ ] Dismissing
- [ ] Entered
- [ ] Finding as Moot
- [ ] Granting
- [✓] Granting In Part and Denying In Part
- [ ] Rescinding
- [ ] Settling
- [ ] Striking
- [ ] Submitted
- [ ] Sustaining
- [ ] Taking Under Advisement
- [ ] Temporarily Denying
- [ ] Temporarily Granting
- [ ] Temporarily Granting In Part and Denying In Part
- [ ] Terminating
- [ ] Vacating
- [ ] Withdrawing

**TEXT:**

Appearances of the two defendants waived. The motion was granted in part and denied in part as stated on the record and in the Court's Order of May 18.