

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

WMN:KKO
F.#2009R00637

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 28, 2012

By Hand and ECF

The Honorable Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Salem Alshdaifat and Joseph A.
            Lewis II
            <u>Criminal Docket No. 11-340 (ERK)</u>

Dear Judge Korman:

       The government respectfully submits this letter to request an extension of time from June 29, 2012 to July 13, 2012 to respond to the above-named defendants' omnibus pretrial motions.  The extension is requested in light of the number and complexity of the defense motions to which the government is responding.  Defendant Alshdaifat, through his attorney, Henry Mazurek, and defendant Lewis, through his attorney Peter Chavkin, consent to the two-week extension.

       Thank you in advance for your consideration in this matter.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                     By:  <u>/s/ Karin Orenstein</u>
                         Karin Orenstein
                         Assistant U.S. Attorney
                         (718) 254-6188

cc:  Counsel of Record (by ECF)
     Clerk of Court (ERK) (by ECF)