

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F.#2009R00637

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 3, 2012

By Mail and ECF

Henry Mazurek, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue, Suite 1301
New York, New York 10165

Peter Chavkin, Esq.
Bridget M. Rohde, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue
New York, New York 10017

    Re:  United States v. Mousa Khouli, et al.
           Criminal Docket No. 11-340 (ERK)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby produces discovery with respect to the above-captioned case. This letter supplements the government's general discovery letters of August 11, 2011, August 12, 2011, October 4, 2011, December 5, 2011, February 15, 2012 and April 17, 2012 as well as discovery letters to individual counsel on additional dates as noted on the public docket. The government reiterates its request for reciprocal discovery.

Documents

    Enclosed please find a copy of four documents signed by Salem Alshdaifat on July 13, 2011:

- Statement of Rights and Waiver (KHOULI 18316)
- Consent to Search -- e-mail account (KHOULI 18317)
- Consent to Search -- safe deposit box (KHOULI 18318)
- Consent to Search -- vehicle (KHOULI 18319)

        If you have any questions or further requests, please do not hesitate to contact me.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney

                       By:   /s/ Karin K. Orenstein
                                Karin K. Orenstein
                                Assistant U.S. Attorney
                                (718) 254-6188

Enclosures

cc: Clerk of Court (ERK) (w/o enclosures)

Case 1:11-cr-00340-ERK-SMG   Document 92   Filed 07/03/12   Page 2 of 2 PageID #: 1491